# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SAXON INNOVATIONS, LLC, | § | |
| Plaintiff. | § | |
| | § | |
| vs. | § | |
| | § | |
| NOKIA CORP., ET AL., | § | Civil Action No. 6:08-cv-494 LED |
| | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| | § | |

## DEFENDANTS' UNOPPOSED MOTION TO STAY UNDER 28 U.S.C. § 1659

Defendants Nokia Corp., Nokia Inc., Palm, Inc., Research In Motion Limited, Research In Motion Corporation, HTC Corp., HTC America, Inc., Panasonic Corporation,[1] Panasonic Corporation of North America, and Panasonic Consumer Electronics Company (collectively, Movants) hereby move this Court to stay these proceedings pursuant to 28 U.S.C. § 1659. In support of this motion, Movants respectfully state:

This action was filed on December 19, 2008 by Plaintiff Saxon Innovations, LLC ("Saxon") asserting infringement by the Movants of one or more of United States Patent Nos. 5,235,635; 5,530,597; and 5,608,873 (together the "Patents In Suit"). On the same day this action was filed, Saxon filed a complaint with the U.S. International Trade Commission ("ITC") pursuant to Section 337 of the Tariff Act of 1930, 19 U.S.C. § 1337 ("Section 337"), against each of the Movants (the "ITC Proceedings"). The ITC initiated its proceeding on January 15,

---

[1] The Complaint also names as a defendant AVC Networks Company ("AVC"). However, AVC is an unincorporated division of Panasonic Corporation. As such, AVC is not a proper juridical entity or separate party to this action. Counsel for Panasonic Corporation has informed plaintiff's counsel of that fact and requested that plaintiff drop AVC as a separate party to this action. To the extent it is deemed necessary or appropriate for AVC to take a position on the instant motion, AVC supports the motion.

2009 (Exhibit A at p. 4) (Notice of Investigation issued January 15, 2009).  Saxon also asserts the same Patents in Suit in the ITC Proceedings.  Specifically, Saxon alleges in the ITC Proceedings that the Movants have engaged in the unlawful importation, sale for importation, and/or sale in the United States after importation of certain electronic devices, including handheld wireless communications devices, that allegedly infringe one or more of the Patents In Suit.  Accordingly, because the same patents are being asserted by Saxon against the same respondents/defendants in both actions, the claims in each of the proceedings involve the same issues.

Upon the request of any party to a civil action that is also a respondent in an ITC investigation under Section 337, the Court "shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues in the proceedings before the Commission."  28 U.S.C. § 1659(a).  This stay must be granted if it is requested within thirty days from the later of (1) the party being "named" a respondent in the ITC Proceeding, or (2) the filing of the district court action.  28 U.S.C. § 1659(a)(1) – (2); *see also In re Princo*, 478 F.3d 1345, 1355 (Fed. Cir. 2007) (directing district court to stay proceedings until ITC investigation becomes final).  In this case, Movants' request is timely because Movants filed this motion within 30 days after Movants were named as respondents in the ITC Proceeding.  (Exhibit A at p. 4) (Notice of Investigation issued January 15, 2009).

Based upon the foregoing, Movants respectfully request that the Court stay this action pending the final resolution of the ITC Proceeding.  As certified below, Saxon does not oppose the stay.  Movants also respectfully inform the Court that Saxon is agreeable to extending the

DEFENDANTS' UNOPPOSED MOTION TO STAY

date for each Movant to Answer or otherwise respond to the Complaint to a date after the Court's ruling on the present Motion.

Dated: February 9, 2009

Respectfully submitted,

/s/ David J. Palmer
David J. Palmer (Bar No. 24048708)
Email: dpalmer@perkinscoie.com
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

ATTORNEYS FOR DEFENDANTS
HTC CORP. AND HTC AMERICA, INC.

/s/ Peter J. Chassman
Peter J. Chassman, **Attorney in Charge**
Texas Bar No. 00787233
Email: chassmanp@howrey.com
Tyler T. VanHoutan
Texas Bar No. 24033290
Email: vanhoutant@howrey.com
Dustin J. Edwards
Texas Bar No. 24042335
Email: EdwardsDustin@howrey.com
HOWREY LLP
1111 Louisiana, 25th Fl.
Houston, Texas 77002
Telephone: (713) 787.1400
Facsimile: (713) 787-1440

OF COUNSEL:
Harry L. "Gil" Gillam, Jr.
Texas Bar No. 07921800
Email: gil@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 S. Washington Avenue
Marshall, Texas 75670-4157
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

ATTORNEYS FOR DEFENDANTS
RESEARCH IN MOTION LIMITED AND
RESEARCH IN MOTION CORPORATION

/s/ Steven J. Routh
Steven J. Routh
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, D.C. 20004
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

ATTORNEYS FOR PANASONIC
CORPORATION, AVC NETWORKS
COMPANY, PANASONIC CORPORATION OF
NORTH AMERICA, AND PANASONIC
CONSUMER ELECTRONICS COMPANY


/s/ Diane V. DeVasto
Diane V. DeVasto
State Bar No. 05784100
dianedevasto@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: 903/597-8311
Facsimile: 903/593-0846

ATTORNEYS FOR NOKIA CORP. AND NOKIA
INC.


/s/ John M. Guaragna
John M. Guaragna (Bar No. 24043308)
john.guaragna@dlapiper.com
DLA PIPER US LLP
1221 S. MoPac Expressway, Suite 400
Austin, Texas 78746
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

ATTORNEYS FOR PALM, INC.

## Certificate of Service

The undersigned certifies that a true and correct copy of Defendants' Unopposed Motion to Stay Under 28 U.S.C. § 1659 was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service.

Dated: February 9, 2009

/s/ David J. Palmer
David J. Palmer

## Certificate of Conference

I certify that I conferred with counsel for Plaintiff Saxon Innovations, LLC and Saxon does not oppose this motion.

Dated: February 9, 2009

/s/ David J. Palmer
David J. Palmer

62019-0002/LEGAL15191271.1